*"Objection to Proposed Settlement"*

# TODD M. SPANN

1905 Saint Louis Street  
Florissant, MO 63033

Telephone (314)456-1005  
Fax (314)524-1519

July 31, 2012

United States District Court Clerk  
U.S. District Court for the Eastern District of Pennsylvania  
601 Market Street  
Philadelphia, PA 19106



Re: Esslinger v HSBC Bank Nevada, N.A.  
Case Number: 2:10-cv-03213-BMS

Dear Sir or Madam:

My name is Todd Michael Spann and my address is 1905 Saint Louis Street, Florissant, MO 63033. I would like to object to the settlement as proposed by the parties in the above referenced matter. I object for the reason that I believe that the amount being charged being charged for attorneys' fees is excessive based upon the relief of me and the rest of the class. In addition, I object that there is nothing in the settlement agreement that prevents HSBC from engaging in the same or similar conduct in the future. I would expect for this agreement to contain such a provision so that other are not subject to fraud as I was in this case. I object to money going into a *cy pres* fund without knowing exactly what the fund is and whether any parties or attorneys have an interest in that fund. I have attached a copy of the postcard I received in the mail to verify that I am a member of the class as I work and live in Missouri I have no plans at this time to appear at the fairness hearing. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Todd M. Spann

CC:  
Diane E. Sammons  
Attorney at Law  
103 Eisenhower Parkway  
Roseland, NJ 07069

Julia B. Strickland  
Attorney at Law  
2029 Century Park East  
16th Floor  
Los Angeles, CA  90067

Heffler Claims Administration
Esslinger v. HSBC Bank Nevada, N.A.
PO Box 1891
Southampton, PA 18966

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
CAROL STREAM, IL
PERMIT NO. 1912

IMPORTANT NOTICE ABOUT HSBC SETTLEMENT

18KON9M

07570787-P000125/T008228

```
***********AUTO**5-DIGIT 63033
TODD M SPANN
1905 SAINT LOUIS ST
FLORISSANT MO  63033-3447
```

**IF YOU WERE ENROLLED IN OR BILLED FOR HSBC DEBT CANCELLATION OR DEBT SUSPENSION PRODUCTS BETWEEN JULY 2, 2004 AND FEBRUARY 23, 2012, THIS NOTICE DESCRIBES YOUR RIGHTS IN CONNECTION WITH A SETTLEMENT OF A LAWSUIT AND YOUR POTENTIAL RECOVERY.**

You may be entitled to a payment under a proposed class action settlement. In the action entitled Esslinger v. HSBC Bank Nevada, N.A., No. 2:10-cv-03213-BMS (E.D. Pa. filed July 2, 2010) (the "Action"), Plaintiffs assert claims challenging debt cancellation and debt suspension products offered by HSBC Bank Nevada, N.A., and related entities ("HSBC"), including, among others, the products known as "Personal Account Protection," "Account Benefits Plan," "Account Secure," "Account Shield," "Account Protection Plan" and "My Account Protector" (generally, "HSBC Payment Protection"). In particular, Plaintiffs allege, among other things, that HSBC engaged in improperly marketing and administration of HSBC Payment Protection. HSBC denies the allegations in the Action and similar actions and denies any wrongdoing or liability. In settlement of the Action, HSBC has agreed to establish a settlement fund of $23.5 million. **This notice is only a summary. Details of the proposed settlement are available at www.EsslingerSettlement.com. You also may obtain copies of documents posted on the settlement website by writing to the Settlement Administrator at the address below or by calling the Settlement Administrator at the toll free number below.**

HSBC's records indicate that you may be a member of the Settlement Class because you were enrolled in or billed for an HSBC Payment Protection product between July 2, 2004 and February 23, 2012. Settlement Class members may (1) file a claim form (or claim forms if more than one account was enrolled in or billed for an HSBC Payment Protection product) for money or an account credit from the settlement, (2) exclude themselves from the settlement, or (3) object to the settlement. **To file a claim, please go to www.EsslingerSettlement.com or write to the Settlement Administrator at the address below or call the Settlement Administrator at the toll-free number below.**

If the settlement is approved, payments for claims will be between $15 and $60, but may be less or more depending on the number of claims submitted. Class members may claim one settlement award for each HSBC credit card account enrolled in or billed for an HSBC Payment Protection product between July 2, 2004 and February 23, 2012. **If you are filing a claim for more than one account enrolled in or billed for an HSBC Payment Protection product, you will need to fill out a separate claim form for each account.** You cannot receive a payment unless your claim is received by October 20, 2012. In addition to payments to Settlement Class members, the settlement provides for no more than $7,797,000.00 in attorneys' fees, costs and service awards for the representative plaintiffs to be sought from the Court by counsel for the Settlement Class. Remaining monies will be paid to charity.

If you do not want to be legally bound by the settlement (and receive no money from the settlement), the Settlement Administrator must receive your request for exclusion no later than August 6, 2012 at the address below. If you stay in the settlement, you may object to it by August 6, 2012. The detailed notice fully explains how to exclude yourself or object. If the settlement is approved, all Class members who do not exclude themselves will be bound by any judgment entered whether or not it is favorable to the Settlement Class and they will give up any right to sue HSBC or related parties for any known or unknown claims relating to HSBC Payment Protection. **To obtain the full instructions for excluding yourself or filing an objection, go to www.EsslingerSettlement.com or write the Settlement Administrator at the address below or call the Settlement Administrator at the toll free number below.**

The Court will hold a hearing to consider whether to approve the settlement on October 1, 2012, at 9:00 a.m. before the Hon. Berle M. Schiller, United States District Judge, in Courtroom 13613 of the U.S. District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106. The detailed notice explains what to do if you want to appear at the hearing. Requests to appear must be made by August 6, 2012. You may also enter an appearance through your own attorney if you desire.

THIS IS ONLY A SUMMARY OF THE SETTLEMENT AND YOUR RIGHTS. TO OBTAIN THE FULL CLASS NOTICE OR FOR MORE INFORMATION, GO TO www.EsslingerSettlement.com, WRITE TO HEFFLER CLAIMS ADMINISTRATION, P.O. BOX 230, PHILADELPHIA, PA 19105-0230, OR CALL HEFFLER CLAIMS ADMINISTRATION AT 1-888-595-9280. DO NOT CALL OR WRITE TO THE COURT OR THE CLERK OF THE COURT. DO NOT CONTACT HSBC ABOUT THE SETTLEMENT. TELEPHONE REPRESENTATIVES ARE NOT AUTHORIZED TO CHANGE THE TERMS OF THE SETTLEMENT OR THIS NOTICE.