IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD T. ESSLINGER, GLORIA GLOVRE, ARDATH ROGERS, MARILYN RIVERA, DWIGHT C. SAMUELS, CYLINDA MCALISTER, PEGGY COLTON, CONSTANTINE YIANNACOPOULOS, DESHEA HEAD, JAMES W. MCKINNEY, NANCY JANOWSKI, and MARGARET REENER, Individually and On Behalf Of All and all Others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>HSBC BANK NEVADA, N.A. and HSBC CARD SERVICES, INC.<br><br>　　　　　Defendants. | CASE NO.: 2:10-cv-03213-BMS |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION

Plaintiffs, by and through their counsel and pursuant to the Settlement Agreement, hereby move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, to enter an order, in the form attached hereto as Exhibit A,[1] granting (i) final approval of the proposed settlement of this case (the "Settlement") as fair, reasonable, and adequate; (ii) final approval of the methods and forms of notice provided to Class members; (iii) final certification of the Class for settlement purposes; and (iv) final approval of the plan of allocation. In support thereof, Plaintiffs are contemporaneously filing a (1) Memorandum of Law in Support of Plaintiffs' Motion for Final

---

[1] It has come to the parties' attention that the Settlement Agreement contained two typographical errors. These typographical errors have been corrected in the proposed Final Approval Order attached hereto. More specifically, in Section III.G.1 of the Settlement Agreement, "HSBC Bank USA, Inc." should read "HSBC Bank USA, N.A.," and in Section III.G.5 of the Settlement Agreement, "this Section III.G.6" should read "this Section III.G.5." The proposed Final Approval Order provides for these corrections. Thus, upon entry of the Final Approval Order, these changes shall be incorporated into the Settlement Agreement.

1

Approval of Class Action Settlement and Plan of Allocation, (2) Joint Declaration of Kenneth J. Grunfeld, Diane E. Sammons, and Kevin Landau in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, (3) Declaration of Jonathan B. Marks, and (4) Affidavit of Christopher M. Walsh, Esq. Regarding Dissemination of Notice to Class.

DATED: <u>September 17, 2012</u>

Respectfully submitted,

**GOLOMB & HONIK, P.C.**

/s/ KJG2445
Ruben Honik, Esquire
Richard M. Golomb, Esquire
Kenneth J. Grunfeld, Esquire
1515 Market Street, Suite 1100
Philadelphia, PA 19102
(215) 985-9177 (Phone)
(215) 985-4169 (Fax)
rhonik@golombhonik.com
rgolomb@golombhonik.com
kgrunfeld@golombhonik.com

**NAGEL RICE, LLP**
Diane E. Sammons, Esquire
Bruce H. Nagel. Esquire
Jay J. Rice. Esquire
103 Eisenhower Parkway, Suite 103
Roseland, New Jersey 07068
Tel: (973) 618-0400
Fax: (973) 618-9194
dsammons@nagelrice.com
bnagel@nagelrice.com
jrice@nagelrice.com

**TAUS, CEBULASH & LANDAU, LLP**
Brett Cebulash, Esquire
Kevin Landau, Esquire
80 Maiden Lane, Suite 1204
New York, NY  10038
Telephone (212) 931-0704
Facsimile: (212) 931-0703
Email: bcebulash@tcllaw.com
           klandau@tcllaw.com

*Co-Lead Class Counsel and Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION** was served on all counsel of record on this 17th day of September, 2012 via the Court's CM/ECF Filing System.

/s/ KJG2445
Kenneth J. Grunfeld, Esquire