| | | | |
|---|---|---|---|
| 129726 | MARY | SCHAFER | 28.59 |
| 129640 | RYAN | MYERS | 28.59 |
| 129650 | HEATHER | DE LA VEGA | 28.59 |
| 129659 | ROBERT ZENTKO | ZENTKO | 28.59 |
| 129550 | FRANCES | CHITWOOD | 28.59 |
| 129551 | ELAINE | CHITWOOD | 28.59 |
| 129585 | MARCUS | BERTRAND | 28.59 |
| 129590 | CHARLES | RUTHERFORD | 28.59 |
| 129834 | DAVID | DURAJ | 28.59 |
| 129858 | SURRAYAH | RAGLAND | 28.59 |
| 129893 | ANGELA | THOMPSON | 28.59 |
| 129876 | STEPHEN | BOTTIGLIERI | 28.59 |
| 129776 | JASON | PELTIER | 28.59 |
| 129801 | SHIRLEY | VALLEE | 28.59 |
| 129433 | ALTHEA | HILL | 28.59 |
| 129343 | MANDY | WILLIAMS | 28.59 |
| 129349 | VAN | AMMARA | 28.59 |
| 129477 | ANN | WOODFORK | 28.59 |
| 129468 | PATRICIA | LACERNA | 28.59 |
| 127678 | JB | LLOYD | 28.59 |
| 127685 | AREANA | PEREZ | 28.59 |
| 127638 | SONNY | LONG | 28.59 |
| 127643 | SANJUANA | RUBIOGARZA | 28.59 |
| 127629 | BOBBIE | WILLIAMS | 28.59 |
| 127587 | RICHARD | MAHNKE | 28.59 |
| 127588 | HAYWARD | BEAUCHAMP | 28.59 |
| 129306 | PATRICIA | REID | 28.59 |
| 129283 | ORLANA | BYES | 28.59 |
| 127712 | ANNA | STRATTON | 28.59 |
| 127720 | SELITA | MILLS | 28.59 |
| 127727 | KATHY | WISTROM | 28.59 |
| 129274 | JAMES | CONCEPCION | 28.59 |
| 126878 | NANCY | PERRY | 28.59 |
| 126869 | WENDY | SCHOMAKER | 28.59 |
| 126901 | HOPE | BROWN | 28.59 |
| 126918 | DION | PEARCE | 28.59 |
| 126908 | HEATHER | STEELE | 28.59 |
| 126909 | LINDA | BAROGIANIS | 28.59 |
| 126968 | RAYMOND | JACKSON | 28.59 |
| 126950 | DANIEL | RUSHING | 28.59 |
| 126801 | KIMBERLY | SAWYER | 28.59 |
| 126808 | PATRICIA | HILMAN | 28.59 |
| 126759 | JOSEPH | BEARDS | 28.59 |
| 126793 | JEANETTE | JOHNSON | 28.59 |
| 126701 | ARMANDO | LOPEZ | 28.59 |
| 126743 | MARGARET | MARTIN | 28.59 |
| 126751 | YVONNE | SALDIVAR | 28.59 |
| 126627 | CYNTHIA | GAILLIARD | 28.59 |
| 126616 | BRIAN | LANDRUM | 28.59 |
| 126635 | DEBORAH | FERGUSON | 28.59 |
| 126592 | CHRISTINA | SPERLING | 28.59 |
| 126602 | STEPHINE | HUDSON | 28.59 |
| 126484 | KELTON | SCOTT | 28.59 |
| 126518 | SHELIA | HUGHES | 28.59 |
| 126540 | KIRSTIN | STOCK | 28.59 |

| | | | |
|---|---|---|---|
| 126551 | KATHLEEN | LARRISON | 28.59 |
| 126566 | JANET | LAMBERT | 28.59 |
| 126373 | DARLENE | TERRELL | 28.59 |
| 126375 | MARYELLEN | MENDES-MONIZ | 28.59 |
| 126382 | DARLENE | TERRELL | 28.59 |
| 126441 | KRISTIN | MCCORKLE | 28.59 |
| 129005 | ERIN | ROGERS | 28.59 |
| 128950 | REBECCA | ADLER | 28.59 |
| 128897 | JODIE | SMITH | 28.59 |
| 128905 | CRAIG | BACHER | 28.59 |
| 128839 | LORRAINE | GLYNN | 28.59 |
| 128849 | ERIC | GERMAN | 28.59 |
| 128775 | MICHELLE | JOHNSON | 28.59 |
| 128681 | ERNESTINE | MODICA | 28.59 |
| 128663 | NANCY | PRAIL | 28.59 |
| 128738 | RODERICK | HOLMAN | 28.59 |
| 128565 | MURLENE | DAVIS | 28.59 |
| 128573 | JOSEPHINE | TRIPLETT | 28.59 |
| 128563 | SARA | FELIEN | 28.59 |
| 128422 | STEPHANIE | MORRIS | 28.59 |
| 128473 | EVELYN | ERB | 28.59 |
| 128481 | CARMEN | BOWLING | 28.59 |
| 128497 | ANDREW | BROUGH | 28.59 |
| 128521 | CARLOS | ROMERO | 28.59 |
| 128307 | ELBERT | TONEY | 28.59 |
| 128320 | CECILIA | DENNIS | 28.59 |
| 128321 | CECILIA | DENNIS | 28.59 |
| 128279 | THOMAS | LOVE | 28.59 |
| 128273 | MARIA | CHACON | 28.59 |
| 128323 | SUZETTE | TONEY | 28.59 |
| 128363 | RUMALDO | GARZA | 28.59 |
| 128356 | PAMELA | SCHOENING | 28.59 |
| 128357 | PAUL | MCKEE | 28.59 |
| 128381 | JOHN | SEALE | 28.59 |
| 128412 | ROLF | SONNTAG | 28.59 |

**$10,921,371.02**