# EXHIBIT D

# HEFFLER BILL



**Heffler Claims**
administration

# EXHIBIT D

August 14, 2013

Ken Grunfeld, Esq.　　　　　　　　　　Diane E. Sammons, Esq.
Golomb & Honik, PC　　　　　　　　　Nagle Rice, LLP
Attorneys at Law　　　　　　　　　　　103 Eisenhower Parkway
1515 Market St.,Suite 1100　　　　　　Roseland, New Jersey 07068
Philadelphia, PA 19102

Kevin Landau, Esq.　　　　　　　　　　David W. Moon, Esq.
Taus, Cebulash & Landau, LLP　　　　Stroock & Stroock & Lavan, LLP
80 Maiden Lane, Suite 1204　　　　　　2029 Century Park East, Ste.1600
New York NY 10038　　　　　　　　　　Los Angeles, CA 90067

Re: *Esslinger v. HSBC Bank Nevada, N.A.* Litigation

　　　For services rendered and expenses incurred from September 1, 2012-July 31, 2013 and to estimate the distribution & post-distribution services as follows (this invoice reflects all activity and applies all payments and advances previously received):

　　　The following represent items that are billed on a per item basis in accordance with the terms of our proposal:

1. Set up, format & proof the Notice and Claim Form and print and mail notice;

2. Process Notices returned as undeliverable and remail notices;

3. Maintain and monitor the toll free telephone system with automated responses (IVR), provided live operators to assist class members;

4. Generate a website and monthly maintenance of site;

5. Respond to claimant correspondence, assist to resolve claimant questions and concerns;

6. Receive and process electronic and paper claims;

7. Review claims and determine if they have any deficiencies that need to be resolved;

8. Estimate the costs to provide the distribution and post-distribution services.

|  | Number | Per Item | Amount |
|---|---:|---:|---:|
| **Notification Fees & Costs** | | | |
| • Set up, format and proof the Postcard for mailing | | | $5,000.00 |
| • Summary Notice Publication in USA Today | | | 19,380.00 |
| • Initial mailing of Notice | 16,423,007 | $0.035 | 574,805.24 |
| • Postage for mailing | | | 3,777,031.98 |
| • NCOA | | | 6,985.35 |
| • Postcards for Class Members where email was returned | 894,000 | $0.05 | 44,700.00 |
| • Paper claim forms requested by Class Members | 30,706 | $0.48 | 14,738.88 |
| • Processing postcard notices returned as undeliverable | 2,150,607 | $0.075 | 161,295.53 |
| • Data entry of updated address for postcards for remailing | 40,383 | $0.55 | 22,210.65 |
| • Printing of remailed postcards | 45,300 | $0.32 | 14,496.00 |
| • Additional postage for notices, paper claims and correspondence | | | 95,892.97 |
| **IVR & Live Operators** | | | |
| • Set up and design of IVR | | | 3,000.00 |
| • IVR usage - per minute | 751,698 | $0.35 | 263,118.10 |
| • Live Operators-per minute | 155,355 | $0.55 | 85,445.25 |
| • Training of Operators/Agents | 15 | $33.00 | 495.00 |
| • Monthly IVR Maintenance | 16 | $150.00 | 2,400.00 |
| • Programming & Voice, live opt-out feature | 3.875 | $200.00 | 775.00 |
| **Website** | | | |
| • Set up and design | | | 5,000.00 |
| • Monthly maintenance | 16 | $150.00 | 2,400.00 |
| • Programming changes after initial set up | 1 | $150.00 | 150.00 |
| **Response to Claimant Correspondence** | | | |
| • Request for Notice after initial mailing | 28,703 | $0.55 | 15,786.65 |
| • Form Letters | 1,535 | $1.00 | 1,535.00 |
| • Special Letters | 147 | $15.00 | 2,205.00 |
| • E-mail Letters | 6,502 | $1.00 | 6,502.00 |
| • Deficiency Letters | 5,674 | $1.00 | 5,674.00 |

**Calculation and Administration Fees**
- Set up fee for programming algorithm, screens & data to allow claim filing on website            25,000.00
- Review and calculate claims

| | | | |
|---|---:|---:|---:|
| o Electronic Claims | 136,661 | $0.35 | 47,831.35 |
| o Paper Claims | 30,807 | $0.95 | 29,266.65 |

**Other out of pocket costs**

| | | | |
|---|---:|---:|---:|
| • Telephone | | | 1,552.04 |
| • Copies | 14,192 | $0.25 | 3,548.00 |
| • Fed Ex | | | 10.18 |
| • Post Office Box | | | 1,310.00 |

                                                         $5,239,574.82

Total

**Advances & Payments**           (3,525,000.00)
06/15/2012 Advance           (475,807.26)
06/26/2012 Advance           (341,391.99)
06/26/2012 Advance           (477,020.98)
12/28/2012 Invoice           (316,689.78)
12/28/2012 Invoice

                                                         $103,664.81

Remaining Balance

**Distribution & Post-Distribution Services**

| | | | |
|---|---:|---:|---:|
| Number of Checks | 160,000 | $0.30 | 48,000.00 |
| Postage | 160,000 | $0.39 | 62,400.00 |
| Renew P. O. Box | | | 1,400 |
| Returned Checks (Est 10%) | 16,000 | $0.10 | 1,600.00 |
| Skip-Tracing & New Address | 10,000 | $0.17 | 1,700.00 |
| Data Entry new addresses from PO | 3,000 | $0.55 | 1,650.00 |
| Print Reissue Checks | 13,000 | $0.60 | 7,800.00 |
| Postage for reissued checks | 13,000 | $0.46 | 5,980.00 |
| Any tax services/assistance to escrow agent | | | 3,500.00 |

                                                         $237,660.81